417 F.2d 1338
 Matt KOEHL, Individually and as head of The American Nazi
Party and on behalf of the Estate of George Lincoln
Rockwell, and George Lincoln Rockwell, Inc., a Virginia
corporation and The American Nazi Party, aka National
Socialist White Peoples Party, individually and as custodian
of the remains of George Lincoln Rockwell, Appellants.
v.
Stanley R. RESOR, Individually and as Secretary of the Army
of the United States of America, and Robert S.
McNamara, Individually and as Secretary
of Defense of the United
States, Appellees.
 No. 13474.
 United States Court of Appeals Fourth Circuit.
 Argued Nov. 6, 1969.
Decided Nov. 24, 1969.
 
 Herbert A. Rosenthal, Jr., Washington, D.C., and Philip J. Hirschkop, Alexandria, Va. (Cohen, Hirschkop, Hall & Jackson, Alexandria, Va., Lawrence Speiser, Ralph Temple, Washington, D.C., and David M. Weitzman, Falls Church, Va., on brief), for appellants.
 Stephen R. Felson, Atty., Department of Justice (William D. Ruckelshaus, Asst. Atty. Gen., and Robert V. Zener, Atty., Department of Justice, and Brian P. Gettings, U.S. Atty., on brief), for appellees.
 Before SOBELOFF, WINTER and BUTZNER, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the opinion of the District Court. 296 F.Supp. 558 (E.D.Va.1969).
 
 
 2
 Affirmed.